UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16095
  HENRY A MOORE

                                   CHAPTER 13

                                   JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-8423

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/04/2007 and was confirmed 12/03/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  1.00%.

    The case was converted to chapter 7 after confirmation 01/31/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO BANK NA | MORTGAGE ARRE | .00 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ACUTE CARE SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 4226.88 | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| BLUEGREEN CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| COOK COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | 11506.64 | .00 | .00 |
| EVERGREEN FINANCE CO | UNSECURED | 11506.64 | .00 | .00 |
| UCNB GENESIS FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK NEVADA NA | UNSECURED | 640.05 | .00 | .00 |
| INGALLS MIDWEST EMMERGEN | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 3612.59 | .00 | .00 |
| MIDWEST EMERGENCY ASSO | UNSECURED | NOT FILED | .00 | .00 |
| THE NEW YORK TIMES | UNSECURED | NOT FILED | .00 | .00 |
| OAK FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGY IMAGING CONSUL | UNSECURED | NOT FILED | .00 | .00 |
| SPORTS ILLUSTRATED | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 11111.14 | .00 | .00 |
| FISHER & SHAPIRO | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 229.50 | .00 | .00 |

               PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 16095 HENRY A MOORE

```
FELD & KORRUB LLC         DEBTOR ATTY    3,000.00                    290.16
TOM VAUGHN                TRUSTEE                                     19.84
DEBTOR REFUND             REFUND                                       .00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
|                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

TRUSTEE                   310.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     290.16
TRUSTEE COMPENSATION                                19.84
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                   310.00                    310.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
Dated: 04/23/08              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```